## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN B. RODRIGUEZ, § <br> § <br> Plaintiff, § <br> v. § <br> § Case No. CIV-2015-760-D <br> HERTZ CORPORATION, a Delaware § <br> Corporation; BARTH TREVOR § <br> HOWARD, individually; and CARL § <br> WOLD, individually, § <br> § <br> Defendants. § | |

### NOTICE REGARDING MEDIATION

Pursuant to the Court's order dated August 31, 2015, Adrian B. Rodriguez ("Plaintiff") and the Hertz Corporation ("Defendant") notify the Court that the parties mediated with mediator Steve Boaz, but were not currently successful in reaching a resolution.

Respectfully submitted,

| | |
|---|---|
| /s/ David J. Batton | /s/ Kristin M. Snyder |
| David J. Batton | Kristin M. Snyder |
| Law Office of David J. Batton | Texas Bar No. 24046880 |
| P.O. Box 1304 | kristin.snyder@ogletreedeakins.com |
| Norman, OK 73070-1304 | OGLETREE, DEAKINS, NASH, |
| (405) 310-3432 – Telephone | SMOAK & STEWART, P.C. |
| (405) 310-2646 – Facsimile | Preston Commons West |
| Email: dave@dbattonlaw.com | 8117 Preston Road, Suite 500 |
| | Dallas, TX 75225 |
| | (214) 987-3800 – Telephone |
| **COUNSEL FOR PLAINTIFF** | (214) 987-3927 – Facsimile |

- and -

Mack J. Morgan III
CROWE & DUNLEVY
Oklahoma Bar No. 6397
Mack.morgan@crowedunlevy.com
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7727—Telephone
(405) 272-5235—Facsimile

**ATTORNEYS FOR DEFENDANT HERTZ CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties and/or counsel via the Court's CM/ECF system on October 2, 2015.

/s/ *David J. Batton*
David J. Batton

22559116.1