# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN B. RODRIGUEZ, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § Case No. CIV-2015-760-D |
| HERTZ CORPORATION, a Delaware | § |
| Corporation; BARTH TREVOR | § |
| HOWARD, individually; and CARL | § |
| WOLD, individually, | § |
| | § |
| Defendants. | § |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Adrian B. Rodriguez and Defendants Hertz Corporation, Barth Trevor Howard, and Carl Wold file this Joint Motion to Dismiss with Prejudice and state:

The Parties respectfully request that the Court enter an order providing that: (a) all claims in this case are dismissed with prejudice to the refiling of same in any form; and (b) all taxable costs and attorneys' fees are to be paid by the party incurring same, as provided in the accompanying Agreed Order of Dismissal. The Parties' agreement to this request is reflected by their respective counsels' signatures below.

Respectfully submitted,

| | |
|---|---|
| /s/  David J. Batton | /s/ Kristin M. Snyder |
|   (signed with permission by filing attorney | Kristin M. Snyder |
|   Kristin M. Snyder) | Texas Bar No. 24046880 |
|   David J. Batton | kristin.snyder@ogletreedeakins.com |
|   Law Office of David J. Batton | OGLETREE, DEAKINS, NASH, |
|   P.O. Box 1304 | SMOAK & STEWART, P.C. |
|   Norman, OK  73070-1304 | Preston Commons West |
|   (405) 310-3432 – Telephone | 8117 Preston Road, Suite 500 |
|   (405) 310-2646 – Facsimile | Dallas, TX  75225 |
|   Email: dave@dbattonlaw.com | (214) 987-3800 – Telephone |
| | (214) 987-3927 – Facsimile |
| **COUNSEL FOR PLAINTIFF** | - and - |
| | Mack J. Morgan III |
| | CROWE & DUNLEVY |
| | Oklahoma Bar No. 6397 |
| | Mack.morgan@crowedunlevy.com |
| | 324 N. Robinson Ave., Suite 100 |
| | Oklahoma City, Oklahoma 73102 |
| | (405) 235-7727—Telephone |
| | (405) 272-5235—Facsimile |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties and/or counsel via the Court's CM/ECF system on October 23, 2015.

                                        /s/ Kristin M. Snyder
                                        Kristin M. Snyder